IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LEE MARLIN,

    Petitioner,                      No. CIV S-05-2043 DFL JFM P

    vs.

KATHY PROSPER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the February 23, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 21, 2007 request for an extension of time is granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file said objections.

DATED: April 6, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; marl2043.111