IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LEE MARLIN,

        Petitioner,                    No. CIV S-05-2043 DFL JFM P

   vs.

KATHY PROSPER, et al.,

        Respondents.           ORDER

_____/

        Petitioner has requested a second extension of time to file objections to the February 23, 2007 findings and recommendations. Plaintiff states that in February 2007 he filed a complaint with the Commission on Judicial Performance against a California judge and is awaiting a response from that investigation. Plaintiff seeks an additional 120 days in which to file objections.

        Petitioner has failed to demonstrate good cause for an extension of time. Fed. R. Civ. P. 6(b). No good cause appearing, the request will be denied without prejudice to renewal upon a proper showing. Petitioner's previous extension to June 11, 2007 is confirmed. (April 9, 2007 Order.)

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 21, 2007 request for an extension of time is denied without prejudice; and

2. Pursuant to this court's April 9, 2007 order, petitioner shall file objections to the February 23, 2007 findings and recommendations on or before June 11, 2007.

DATED: May 22, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; marl2043.111b